FILED
December 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:23-CR-02381-DCG |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | CT 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i) - Conspiracy to Transport Aliens; |
| ELIJAH JESUS LOPEZ, | § § § | |
| Defendant. | § § § | CT 2: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) - Transporting Aliens for Financial Gain. |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i))

On or about November 12, 2023, in the Western District of Texas, Defendant,

**ELIJAH JESUS LOPEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit an offense against the United States, namely: to transport and move, and attempt to transport and move, aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i).

<u>COUNT TWO</u>
(8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i))

On or about November 12, 2023, in the Western District of Texas, Defendant,

**ELIJAH JESUS LOPEZ,**

knowing and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States in furtherance of said violation of law, all done for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney